**Richard Price TUCKER, Plaintiff–Appellant,**

v.

**Chaplain Russell HELBIG, sued in his personal-individual capacity and in his official capacity for injunctive relief, Defendant–Appellee.**

No. 13–7981.

United States Court of Appeals, Fourth Circuit.

Submitted: April 9, 2014.

Decided: April 18, 2014.

Richard Price Tucker, Appellant Pro Se. Barbara Murcier Bowens, Assistant United States Attorney, Columbia, South Carolina, for Appellee.

Before NIEMEYER and AGEE, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Richard Price Tucker appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his complaint filed pursuant to *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics,* 403 U.S. 388, 91 S.Ct. 1999, 29 L.Ed.2d 619 (1971), based on his failure to properly exhaust administrative remedies. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Tucker v. Helbig,* No. 8:13–cv–00401–RMG (D.S.C. Dec. 4, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*